**Irvin GOODSPEED, appellant, v. The STATE of Texas, appellee.**

**No. 23751.**

Court of Criminal Appeals of Texas.

Oct. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for murder with malice. The penalty assessed is confinement in the state penitentiary for a term of 60 years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting that the same be dismissed. The request is granted and the appeal is therefore dismissed.